JUDGE KRAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                          :       INDICTMENT

JOSE DELEON POLANCO,              :       07 CRIM. 663
   a/k/a "Jonelis Arias,"
   a/k/a "Jose Deleon,"           :

        Defendant.             :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about February 2007, in the Southern District of New York and elsewhere, JOSE DELEON POLANCO, a/k/a "Jonelis Arias," a/k/a "Jose Deleon," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction for engaging in a continuing criminal enterprise to manufacture, distribute, and dispense a controlled substance, in violation of Title 21, United States Code, Section 848, in the United States District Court for the Northern District of New York, on or about October 30, 1997, without having obtained the express consent of the Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 20 2007

General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE DELEON POLANCO,
a/k/a "Jonelis Arias,"
a/k/a "Jose Deleon,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson

Post 11-1-87
7/20/07
Filed
Ellis J.