ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          -v.-                    :      AFFIRMATION

JOSE DELEON POLANCO,              :      07 Cr. 663
    a/k/a "Jonelis Arias,"
    a/k/a "Jose Deleon,"          :

          Defendant.              :

- - - - - - - - - - - - - - - - x
```

SOUTHERN DISTRICT OF NEW YORK, ss:

CHI T. STEVE KWOK, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one JOSE DELEON POLANCO, a/k/a "Jonelis Arias," a/k/a "Jose Deleon," now incarcerated at Otis Bantum Correctional Center, 16-00 Hazen Street, East Elmhurst, NY 11370, has been charged in an indictment with violating 8 U.S.C. § 1326 (a) & (b)(2).

WHEREFORE, your deponent respectfully requests that a writ of <u>habeas corpus ad prosequendum</u> issue, directing the Warden of the Otis Bantum Correctional Center, 16-00 Hazen Street, East Elmhurst, NY 11370, and the United States Marshal for the Southern District of New York to produce the above-named defendant to appear before the United States District Court, Southern District of New York, 500 Pearl Street, New York, New

Chi T. Steve Kwok<br>
Assistant U.S. Attorney<br>
(212) 637-2415

York 10007, there to be available for prosecution, as soon as the defendant is available, and after JOSE DELEON POLANCO, a/k/a "Jonelis Arias," a/k/a "Jose Deleon," has been discharged or been convicted and sentenced, to return him to the Otis Bantum Correctional Center, 16-00 Hazen Street, East Elmhurst, NY 11370.

No previous application for similar relief has been made.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

_____
Chi T. Steve Kwok
Assistant United States Attorney
(212) 637-2415

Dated:    July 26, 2007
          New York, New York

Chi T. Steve Kwok
Assistant U.S. Attorney
(212) 637-2415

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE DELEON POLANCO,
a/k/a "Jonelis Arias,"
a/k/a "Jose Deleon,"

Defendant.

AFFIRMATION IN SUPPORT OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

07 Cr. 663

(Title 8, United States Code,
Section 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney