

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 7 2007
```

August 7, 2007

**BY HAND**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The conference is adjourned to 08/09/07 at 3:30 in Courtroom 20-C.

    Re:    United States v. Jose Deleon Polanco,
             07 Cr. 663

SO ORDERED:

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

       The above-captioned matter was reassigned to Your Honor. The parties were originally scheduled to appear before Your Honor today for an initial pre-trial conference at 2:15 p.m. Your Deputy informed me, however, that because the defendant refused to leave his cell this morning, the Marshals were unable to bring him to Court.

       The initial pre-trial conference has now been rescheduled to August 9, 2007, at 3:30 p.m. I have spoken with defense counsel, Peter Tsapatsaris, Esq., Federal Defender of New York, who will attempt to speak with his client tomorrow. In the event that the defendant remains non-complaint, the proposed Order will allow the Marshals to use reasonable force to bring the defendant to Court for his scheduled appearance.

                                 Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney

                       By:  */s/ Chi T. Steve Kwok*
                              Chi T. Steve Kwok
                              Assistant United States Attorney
                              Tel: (212) 637-2415

cc:    Mr. Peter Tsapatsaris (by fax)
       *Counsel to Jose Deleon Polanco*

**MEMO ENDORSED**