```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    -v.-                              :    07 Cr. 663

JOSE DELEON POLANCO,                  :
    a/k/a "Jonelis Arias,"
    a/k/a "Jose Deleon,"              :

        Defendant.                    :
- - - - - - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 7 2007

HONORABLE PAUL A. CROTTY, United States District Judge:

The United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant in the above-captioned proceeding in Courtroom 20C, 500 Pearl Street, New York, New York, on Thursday, August 9, 2007, at 3:30 p.m., for the initial pre-trial conference. In the event that the defendant refuses to leave the facility where he is held, or refuses to comply with any rules or procedures of the Marshals Service or the BOP regarding his transportation to court, the Marshals Service and the BOP may use such force as is reasonably necessary to bring the defendant to Court for the defendant's scheduled appearance.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:   New York, New York
         August 7, 2007