# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

February 19, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 0 2008

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The sentencing is adjourned to 3/13/08 at 2:45pm in Courtroom 20-C

Re:  United States v. Jose Polanco
     07 Cr. 663 (PAC)

SO ORDERED FEB 2 0 2008
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Hon. Judge Crotty:

    I write to request a three week adjournment of Mr. Polanco's sentence date of February 21, 2008.

    I make this request as I was just notified by the Department Of Probation that they are seeking to present to the Court a Violation of Suprevised Release. I have not yet received any documents from probation, and therefore need additional time.

    I have spoken to AUSA Kwok and he consents to this request for an adjournment. Thank you.

**MEMO ENDORSED**

Respectfully submitted,

Sabrina P. Shroff

cc: AUSA Kwok

TOTAL P.001