51969

### Request for Adjournment

| | | | |
|---|---|---|---|
| TO: | Paul A. Crotty<br>U.S. District Court Judge | OFFENSE: | Continuing Criminal Enterprise, 21 U.S.C. 848 |
| From: | Marcela Bravo<br>U.S. Probation Officer | Original Sentence Date: | 2/1/08 |
| Re: | Jose Deleon Polanco a.k.a. Jonelis Arias | | |
| | DKT. # 1:07 CR 0663-1 | | |
| Date: | March 12, 2008 | Defense Counsel : | Sabrina Shroff |
| AUSA: | Steve Kwok | | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 2 2008

**MEMO ENDORSED**

This adjournment is requested for the following reason:

The Probation Department is respectfully requesting an adjournment, to allow us more time to complete the transfer of jurisdiction. Once the transfer of jurisdiction is completed the new charges and violation charges can be handled expeditiously.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _[signature]_
Marcela Bravo
U.S. Probation Officer
212-805-0040 ext. 5137

Approved By: _P. Merrigan by MAC_
SUSPO

1. AN ADJOURNMENT IS GRANTED: __X__
   IF APPROVED, NEW DATE OF SENTENCE 4-17-08  TIME & ROOM 2:45 pm - Courtroom 20

2. REQUEST IS DENIED _____

_____                      _[signature] Paul A. Crotty_
DATE                                   U.S. DISTRICT COURT JUDGE

NY 468