# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

April 27, 2008

BY FACSIMILE (212) 805 0436

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 9 2008

Re: United States v. Polanco
    07 Cr. 663 (PAC) - 08 cr 309 (PAC)

Hon. Judge Crotty:

I write to request a 10-day adjournment of Mr. Polanco's sentence that is currently set for May 1, 2008.

Unfortunately, Mr. Polanco has a VOSR that is now pending before the Court, and I need an additional week to address the sentencing issues that arise from that violation. AUSA Kwok takes no position on my application.

Respectfully submitted,

Sabrina P. Shroff

CC: AUSA McGorty & USPO Bravo

**MEMO ENDORSED**

Application GRANTED. The sentencing is adjourned to 5/13/08 at 3:00 pm in Courtroom 20-C, but there will be no further adjournments of the sentencing which has been adjourned on 3 prior occasions.

SO ORDERED: 4-29-08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

TOTAL P.001